UNITED STATES *v.* BURTON.

UNITED STATES *v.* GEFFROY.

UNITED STATES *v.* HIGDON.

### APPEALS FROM THE COURT OF CLAIMS.

Nos. 192, 193, 197. Argued March 29, 30, 31, 1869. — Decided April 12, 1869.

Reversed on the authority of *United States* v. *Adams*, 7 Wall. 463, and *United States* v. *Morgan, ante*, 565.

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court.

These are all cases of contracts made by Reeside with the claimants for the purchase of horses, under the same circumstances as stated in the case of *United States* v. *Morgan, ante*, 565, and must follow the same result.

The decrees of the Court of Claims in each case must be reversed, and the causes remanded, with directions to dismiss the petitions.

*Mr. Attorney General, Mr. Assistant Attorney General Dickey* and *Mr. E. P. Norton* for appellant.

*Mr. J. M. Carlisle, Mr. J. D. McPherson* and *Mr. R. W. Corwine* for appellees.

---

DAVIDSON *v.* STARCHER.

SAME *v.* KING.

SAME *v.* McMAHON.

### ERROR TO THE SUPREME COURT OF THE STATE OF MINNESOTA.

Nos. 329, 330, 331. Argued January 8, 1869. — Decided January 11, 1869.

No question under the 25th section of the Judiciary Act having been passed upon by the court below, this court has no jurisdiction over the judgment of the state court.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

In these cases it appears, on looking into the record, that no question under the 25th section of the Judiciary Act was passed upon by the court. No ground appears, therefore, of jurisdiction in this court over the judgments of a state court, and the several writs of error must be dismissed for want of jurisdiction.

*Mr. L. Allis* for plaintiffs in error.                    *Dismissed.*

*Mr. R. P. Spalding* for defendants in error.